UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

WALIK WILLIAMS,

           Defendant.

- - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 21 2016 ★
BROOKLYN OFFICE

ORDER

Docket No. 15 CR 192 (FB)

       Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney David Gopstein, it is hereby

       ORDERED that the underlying indictment, Criminal Docket No. 15-192, be dismissed without prejudice.

Dated: Brooklyn, New York
       December __, 2015
       January 19, 2016

s/Frederic Block

HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK